IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES, LLC,
a Florida limited liability company

        Plaintiff,        Case No. 8:18-cv-1582-JDW-TGW

v.

MITSUI CHEMICALS, INC., a foreign corporation,
and MITSUI CHEMICALS AMERICA, INC.
a foreign corporation,

        Defendants.
_____/

## DEVELOPMENTAL TECHNOLOGIES, LLC AND MITSUI CHEMICALS AMERICA, INC.'S STIPULATION SELECTING MEDIATOR

Pursuant to the Court's Case Management and Scheduling Order [Dkt. 33], Plaintiff Developmental Technologies, LLC, and Defendant, Mitsui Chemicals America, Inc. stipulate to the selection of the following mediator:

1.    James M. Matulis, Esq., of Matulis Law & Mediation, 9806 Gretna Green Dr., Suite 100, Tampa, FL 33626-5300, will serve as the mediator. His office telephone number is 813-451-7347.

2.    Mediation is set for August 23, 2019, starting at 9 a.m., at the offices of Michael Musetta & Associates, Inc., 201 N. Franklin St., Suite 3400, Tampa, FL 33602.

Dated: January 9, 2019                              By: /s Jesse M. Tilden
                                                                Jesse M. Tilden
                                                                Fla. Bar No. 0550566
                                                                Michael J. Prohidney
                                                                Fla. Bar No. 0905801

TILDEN & PROHIDNEY, P.L.
431 12th Street West, Suite 204
Bradenton, FL 32405
(941) 243-3959
(800) 856-5332 (fax)
service@tpdlegal.com

*Attorneys for Plaintiff Developmental Technologies, LLC*



By: /s Karen C. Dyer
Karen C. Dyer
Fla. Bar No. 716324
kdyer@bsfllp.com
Cynthia M. Christian
Fla. Bar No. 45519
cchristian@bsfllp.com
BOIES SCHILLER FLEXNER LLP
121 S. Orange Ave., Suite 840
Orlando, FL 32801
Tel: 407-425-7118
Fax: 407-425-7047

A. Max Olson (admitted *pro hac vice*)
Aramide O. Fields (admitted *pro hac vice*)
Akira Irie (admitted *pro hac vice*)
Morrison & Foerster LLP
Shin-Marunouchi Building, 29th Floor
5-1 Marunouchi 1-chome
Chiyoda-ku, Tokyo 100-6529
Japan
Telephone:  +81-3-3214-6522
AOlson@mofo.com
AFields@mofo.com
AIrie@mofo.com

*Attorneys for Defendant Mitsui Chemicals America, Inc.*