UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEVELOPMENTAL TECHNOLOGIES, LLC,
a Florida limited liability company,

    Plaintiff,

v.                                                    Case No. 8:18-cv-1582-T-27TGW

MITSUI CHEMICALS, INC., a foreign
corporation, and MITSUI CHEMICALS
AMERICA, INC., a foreign corporation,

    Defendants.
_____/

## ORDER

The Court has been advised that Plaintiffs have settled this case with respect to Defendant MITSUI CHEMICALS AMERICA, INC. only (See Dkts. 83, 87). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., all claims against Defendant MITSUI CHEMICALS AMERICA, INC. are **DISMISSED** *without prejudice* and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose. After that sixty (60) day period, however, dismissal shall be with prejudice. The file shall remain open.

**DONE AND ORDERED** this 29th day of August, 2019.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to: Counsel of Record